```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :      24cr240-3(DLC)
                                        :
            -v-                         :      ORDER
                                        :
CHRISTINA PERDOMO,                      :
                       Defendant.       :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that a change of plea is scheduled for August 21, 2024 at 12:00 PM in Courtroom 18B, 500 Pearl Street.

Dated:   New York, New York
         August 19, 2024

_____
DENISE COTE
United States District Judge