**John J. Rapawy Esq**
900 South Avenue, 3rd Floor
Staten Island, New York 10314

Tel. (917)860-3420   jjraplaw@gmail.com   Fax (718)568-3550

February 27, 2025

Hon. Denise L. Cote
U.S. District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: Request to Release the Passports of Christina Perdomo and her 3 Minor Children**
    **24 CR 240 DLC**

Dear Judge Cote,

Pursuant to the Appearance Bond executed on February 17, 2024 securing Ms. Perdomo's release, Ms. Perdomo surrendered her passport and the passports of her three minor children to Pre Trial Services. As the court is aware, Ms. Perdomo was sentenced on December 5, 2024. We respectfully request that the court endorse this letter allowing said passports be released from Pre Trial services back to Ms. Perdomo

I have previously discussed this matter with AUSA Margraet Lynaugh and the government has no objection to my request.

Respectfully Submitted,

John J. Rapawy Esq.

cc: AUSA Margaret Lynaugh (via ECF)
    AUSA Adam Sowlati (via ECF)
    AUSA Chelsea Scism (via ECF)

SO ORDERED
3/3/25